**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELICEO CRUZ-MARTINEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his Official Capacity, Secretary of the U.S. Department of Homeland Security*, *et al.*,<br><br>Respondents. | No. 4:26-CV-01166<br><br>(Chief Judge Brann) |

**ORDER**

**SEPTEMBER 24, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Eliceo Cruz-Martinez's motion to enforce the judgment (Doc. 10) is **DENIED**; and
2. Cruz-Martinez's motion to amend (Doc. 11) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge